# EXHIBIT 2

# Case Summary

**Case Number:** OCN L-000582-18

**Case Caption:** Demarest Vs Blue Cross Blue Shield Illinois

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Ocean | **Case Initiation Date:** 03/06/2018 |
| **Case Type:** Other Insurance Claim (Including Declaratory Judgment Actions) | **Case Status:** Active | **Jury Demand:** 6 Jurors |
| **Case Track:** 1 | **Judge:** Mark A Troncone | **Team:** 2 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |

## Plaintiffs
**Thomas J Demarest**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** 493 Western Boulevard | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Bayville  **State:** NJ | **Zip:** 08721 | **Phone:** (908) 907-4664 |
| **Attorney Email:** | | |

## Defendants
**Shire Us Inc AKA  Baxalta Inc**

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**  **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

**Blue Cross Blue Shield Illinoi**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**  **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 3/6/2018 | Complaint uploaded by Case Management Staff submitted by THOMAS J DEMAREST | LCV2018458029 | 3/14/2018 |
| 3/9/2018 | Waiver Of Fees submitted by Court | LCV2018458046 | 3/14/2018 |
| 3/15/2018 | TRACK ASSIGNMENT submitted by Case Management | LCV2018467506 | 3/15/2018 |